**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**(817) 498-1362 FAX**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO:  15-41409-MXM** |
| | § | |
| **JUAN ENRIQUE FLORES-VELEZ** | § | |
| **MARIA DELALUZ FLORES** | § | **CHAPTER 13** |
| | § | |
| Debtors, | § | **JUDGE MARK X MULLIN** |

**NOTICE OF WITHDRAWAL OF**
**TRUSTEE'S MOTION TO DISMISS**
**(Insufficient Plan)**

**NOTICE IS HEREBY GIVEN** that Tim Truman, Trustee, hereby **WITHDRAWS** his "Motion to Dismiss (Insufficient Plan)" filed on or about March 14, 2017.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "Notice of Withdrawal of Trustee's Motion to Dismiss" was served on the parties listed below in the manner listed below on or before May 15, 2017.

**BY FIRST CLASS MAIL:**
JUAN ENRIQUE FLORES-VELEZ,  MARIA DELALUZ FLORES,  3201 FM 2135,  Cleburne, TX  76031-0000
**ELECTRONIC SERVICE:**
LEINART LAW FIRM, 11520 N CENTRAL EXPWY STE 212, DALLAS, TX  75243
WELLS FARGO BANK NA, PO BOX 9013, ADDISON, TX  75001
BUCKLEY MADOLE PC, 14841 DALLAS PKWY STE 300, DALLAS, TX  75254
PERDUE BRANDON FIELDER COLLINS AND MOTT, 500 E BORDER ST #640, ARLINGTON, TX  76010
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

Respectfully submitted,

By:  /s/ Tim Truman

Tim Truman
Standing Chapter 13 Trustee
State Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500