**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 15-41409-MXM13** |
| **JUAN ENRIQUE FLORES-VELEZ** | § | |
| **MARIA DELALUZ FLORES** | § | |
| **DEBTOR(S)** | § | **CHAPTER 13** |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that **Wells Fargo Bank, N.A.**, ("Creditor"), is withdrawing its **Proof of Claim (Claim #13-1)** in the amount of **$5,450.56** filed on **July 18, 2017**, as the claim was a duplicate to claim #12.

Dated: January 16, 2018

Respectfully submitted,
Bonial & Associates, P.C.

/s/ John Rafferty
John Rafferty
14841 Dallas Parkway, Suite 300
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for Wells Fargo Bank, N.A.

7879-N-6419

## CERTIFICATE OF SERVICE OF WITHDRAWAL OF PROOF OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before January 16, 2018 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
Juan Enrique Flores-Velez
3201 Fm 2135
Cleburne, TX 76031

**Co-Debtor** *Via U.S. Mail*
Maria Delaluz Flores
3201 Fm 2135
Cleburne, TX 76031

**Debtors' Attorney**
Marcus B. Leinart
Leinart Law Firm
11520 N CENTRAL EXPY STE 212
DALLAS, TX 75243

**Chapter 13 Trustee**
Tim Truman
6851 N.E. Loop 820, Suite 300
North Richland Hills, Texas 76180

Respectfully Submitted,

/s/ John Rafferty
John Rafferty