

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed January 19, 2018

United States Bankruptcy Judge

---

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-41409-MXM |
| Juan Enrique Flores-Velez | § | |
| Maria Delaluz Flores | § | |
| DEBTOR | § | CHAPTER 13 |
| | § | |

## AGREED ORDER ON TRUSTEE'S MOTION TO DISMISS
(No Wage Directive)

On this day come on for consideration the Trustee's "Motion To Dismiss (No Wage Directive)" (herein "Motion") filed October 17, 2017. The Court finds that notice was and is appropriate under the circumstances, and that the Motion should be denied subject to the following changes:

**IT IS ORDERED** that the Debtor shall be conditionally excused from a Wage Withholding Order;

**IT IS FURTHER ORDERED** that the Debtor shall execute an authorization for Automatic Draft on his checking account within 10 days from the entry of this Order;

**IT IS FURTHER ORDERED** that if, during the pendency of the above captioned case, any Automatic Draft withdrawal fails to be completed due to insufficient funds in the Debtor's bank account or the Automatic Draft withdrawal is terminated, the Debtor will no longer be excused from the Wage Withholding Order.

**IT IS FUTHER ORDERED** that if, during the pendency of the above captioned case, the Automatic Draft withdrawal fails to be completed due to insufficient funds in the Debtor's bank account or the Automatic Draft withdrawal is terminated, the Debtor shall submit to the Trustee within 10 days, a completed Wage Withholding form.

/s/Richard Anderson
Richard Anderson, Attorney for the Debtor

/s/Angela Allen
Angela Allen, Staff Attorney for the Standing Chapter 13 Trustee